In the Matter of the Transfer Tax upon the Estate of FLORA M. BARSTOW, Deceased.

STATE TAX COMMISSION, Appellant; FRANCES B. BARSTOW et al., as Executrices and Trustees, Respondents.

(Argued May 11, 1931; decided May 22, 1931.)

*Seth T. Cole* and *Harry M. Peyser* for appellant.

*Russell L. Bradford* and *Walter E. Cooper* for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.